# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| AMASON & ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: 7:12-cv-02459-JHE |
| COLUMBUS LAND DEVELOPMENT, LLC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge filed a superior report and recommendation on January 15, 2014, recommending defendants' motion to dismiss be denied and the action be stayed. (Doc. 30). The parties were advised of their right to file specific written objections. The time to file objections has passed and no objections were filed.

Having carefully reviewed and considered *de novo* materials including the report and recommendation, the court is of the opinion that the magistrate judge's report and recommendation is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the motion to dismiss is DENIED and this action is STAYED. It remains assigned to the magistrate judge for further proceedings consistent with this opinion and order.

DONE this 5th day of February, 2014.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**